UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RANDY A. HART,
    Plaintiff,

vs.                                                    Case No.: 3:22cv3818/MCR/EMT

LT. RUDOLPH, et al.,
    Defendants.
_____/

## **ORDER**

The chief magistrate judge issued a Report and Recommendation on March 15, 2022 (ECF No. 3).  The court furnished plaintiff with a copy of the Report and Recommendation and afforded him an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

    1.    The chief magistrate judge's Report and Recommendation (ECF No. 3) is adopted and incorporated by reference in this order.

Page 2 of 2

2.  This case is transferred to the United States District Court for the Middle District of Florida.

2.  The clerk of court is directed to close the file in this case.

**DONE AND ORDERED** this 26th day of April 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**